**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01249-REB-KLM

THOMAS GRANT,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41** [#27],[1] filed March 11, 2016. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41** [#27], filed March 11, 2016, is approved;

2. That all pending pretrial deadlines are vacated;

3. That the combined Final Pretrial Conference/Trial Preparation Conference set July 22, 2016, is vacated;

4. That the jury trial set to commence August 1, 2016, is vacated; and

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

5.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated March 14, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2